IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GUSTAVO SANCHEZ-HERNANDEZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-26-187-SLP |
| KRISTI NOEM, et al., | ) |
| Respondents. | ) |

### O R D E R

The Court is in receipt of Petitioner's Objection [Doc. No. 17] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the Respondents' deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before March 18, 2026. Should Respondents or their counsel wish to respond to the Objection and require more time, Respondents shall file a motion seeking additional time.

IT IS SO ORDERED this 13th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE