**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

GUSTAVO SANCHEZ-HERNANDEZ, )
                                       )
       Petitioner, )
                                         )
v. )   Case No. CIV-26-187-SLP
                                         )
KRISTI NOEM, et al., )
                                         )
       Respondents. )

## J U D G M E N T

In accordance with the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED in PART. As directed in the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 19th day of March, 2026.

_____
**SCOTT L. PALK
UNITED STATES DISTRICT JUDGE**